IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA MARIE PARKER,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL ASTRUE, Commissioner of Social Security,<br><br>        Defendant. | Case No.: 11-2891 JSC<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Tina Marie Parker brings this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of a final decision by Defendant Michael J. Astrue, the Commissioner of the Social Security Administration, denying her disability benefits. Defendant filed an answer to the Complaint on October 19, 2011. In accordance with Local Rule 16-5, Plaintiff was to file a motion for summary judgment within 28 days of receipt of Defendant's answer. To date, Plaintiff has not filed a motion for summary judgment.

Plaintiff is ordered to show cause why this action should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff shall file her motion for summary judgment by December 23, 2011. Plaintiff is warned that failure to do so without further extension from the Court may result in the dismissal of this action.

**IT IS SO ORDERED.**

Dated: December 9, 2011

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

2